*Form 130* (3/23)–doc 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
    James C Varghese  )  Case No. 26–10420–amc
      )
      )
    Debtor(s).  )  Chapter: 13
      )
      )

## Order Requiring Documents

    **AND NOW,** the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

    It is hereby ORDERED that:

    1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    Means Test Calculation 122C–2 Due 2/17/26
    Plan Due 2/17/26
    Schedules A/B Due 2/17/26
    Schedules C Due 2/17/26
    Schedules D Due 2/17/26
    Schedules E/F Due 2/17/26
    Schedules G Due 2/17/26
    Schedules H Due 2/17/26
    Schedules I Due 2/17/26
    Schedules J Due 2/17/26
    Statement of Attorney Compensation Due 2/17/26
    Statement of Current Monthly Income (122C–1) Due 2/17/26
    Statement of Financial Affairs Due 2/17/26
    Summary of Assets and Liabilities Due 2/17/26

    2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

Date: February 3, 2026              By the Court

                                                                        Ashely M. Chan
                                                                      Chief Judge, United States Bankruptcy Court