## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: James C Varghese                                                    CHAPTER 13

Debtor(s)

BKY. NO. 26-10420 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-R5 and index same on the master mailing list.

Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
25 Feb 2026, 13:17:22, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: bf68c6a377bd9250faec7f8093b931cd553824bf592e7fbea81455fc2e18e720