**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re:                                              Bankruptcy No. 26-10420-amc

JAMES VARGHESE                          Chapter 13
            *Debtor*

CITIGROUP MORTGAGE LOAN TRUST
2024-RP3
            *Movant*

vs.

JAMES VARGHESE,
            *Debtor/Respondent*
KENNETH E. WEST, Esquire,
            *Trustee/Respondent*

**OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN**

Citigroup Mortgage Loan Trust 2024-RP3 ("Movant"), through its attorneys, Hladik, Onorato & Federman, LLP, objects to the confirmation of the Chapter 13 Plan (the "Plan") filed by James Varghese ("Debtor(s)"), as follows:

1.  As of the bankruptcy filing date of February 2, 2026, Movant holds a secured Claim against the Debtor's property located at 344 E. Gale Street, Philadelphia, PA 19120 (the "Property").

2.  Movant is in the process of filing a Proof of Claim, which will be filed by the Proof of Claim Bar Date. The estimated total of Movant's secured claim is $89,856.09, with estimated pre-petition arrears of $3,609.10.

3.  The Plan does not provide for the full repayment of Movant's pre-petition arrears.

4.  The Plan fails to cure the delinquency pursuant to 11 U.S.C. § 1322(b)(5).

5.  The Plan violates 11 USC § 1325(a)(5)(B)(ii) by not providing for Movant to receive the full value of its claim.

6.  Movant objects to the feasibility of the Plan under 11 U.S.C. § 1325(a)(6). The Plan proposed by Debtor(s) is not feasible. Movant requests that an Amended Chapter 13 Plan be filed, the bankruptcy case either be converted to a Chapter 7, or be dismissed pursuant to 11 U.S.C. § 1307.

WHEREFORE, Movant respectfully requests that this Honorable Court deny confirmation of the Debtor's Chapter 13 Plan.

Date: 03/05/2026                                 HLADIK, ONORATO & FEDERMAN, LLP


                                    BY:  /s/ Danielle Boyle-Ebersole
                                         Danielle Boyle-Ebersole, Esquire
                                         PA Attorney ID# 81747
                                         298 Wissahickon Avenue
                                         North Wales, PA 19454
                                         Phone: (215) 855-9521
                                         Email: dboyle-ebersole@hoflawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re:                                                    Bankruptcy No. 26-10420-amc

JAMES VARGHESE                              Chapter 13
         *Debtor*

CITIGROUP MORTGAGE LOAN TRUST
2024-RP3
         *Movant*
vs.
JAMES VARGHESE,
         *Debtor/Respondent*
KENNETH E. WEST, Esquire,
         *Trustee/Respondent*

<u>**CERTIFICATE OF SERVICE OF OBJECTION TO CHAPTER 13 PLAN**</u>

I, the undersigned attorney, attorney for Citigroup Mortgage Loan Trust 2024-RP3, certify that a copy of the attached Objection to Chapter 13 Plan has been served upon the parties below, on the date set forth below:

| | |
|---|---|
| George R. Tadross, Esquire | Kenneth E. West, Esquire |
| VIA CM/ECF NOTIFICATION | VIA CM/ECF NOTIFICATION |
| *Attorney for Debtor* | *Chapter 13 Trustee* |
| | |
| James Varghese | James Varghese |
| 344 E. Gale Street | 519 S Olds Blvd |
| Philadelphia, PA 19120 | Fairless Hills, PA 19030 |
| VIA REGULAR CLASS MAIL | VIA REGULAR CLASS MAIL |
| *Debtor* | *Debtor* |

Date: 03/05/2026                         HLADIK, ONORATO & FEDERMAN, LLP


                                   BY:   <u>/s/ Danielle Boyle-Ebersole</u>
                                         Danielle Boyle-Ebersole, Esquire
                                         PA Attorney ID# 81747
                                         298 Wissahickon Avenue
                                         North Wales, PA 19454
                                         Phone: (215) 855-9521
                                         Email: dboyle-ebersole@hoflawgroup.com