**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | Bankruptcy No. 26-10420-amc |
| JAMES VARGHESE<br>*Debtor* | Chapter 13 |
| CITIGROUP MORTGAGE LOAN TRUST<br>2024-RP3<br>*Movant* | |
| vs. | |
| JAMES VARGHESE,<br>*Debtor/Respondent*<br>KENNETH E. WEST, Esquire,<br>*Trustee/Respondent* | |

### OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN

Citigroup Mortgage Loan Trust 2024-RP3 ("Movant"), through its attorneys, Hladik, Onorato & Federman, LLP, objects to the confirmation of the Chapter 13 Plan (the "Plan") filed by James Varghese ("Debtor)"), as follows:

1. As of the bankruptcy filing date of February 2, 2026, Movant holds a secured Claim against the Debtor's property located at 5931 Weymouth Street, Philadelphia, PA 19120 (the "Property").

2. Movant is in the process of filing a Proof of Claim, which will be filed by the Proof of Claim Bar Date. The estimated total of Movant's secured claim is $98,158.60, with estimated pre-petition arrears of $4,295.61.

3. The Plan does not provide for the full repayment of Movant's pre-petition arrears.

4. The Plan fails to cure the delinquency pursuant to 11 U.S.C. § 1322(b)(5).

5. The Plan violates 11 USC § 1325(a)(5)(B)(ii) by not providing for Movant to receive the full value of its claim.

6. Movant objects to the feasibility of the Plan under 11 U.S.C. § 1325(a)(6). The Plan proposed by Debtor(s) is not feasible. Movant requests that an Amended Chapter 13 Plan be filed, the bankruptcy case either be converted to a Chapter 7, or be dismissed pursuant to 11 U.S.C. § 1307.

WHEREFORE, Movant respectfully requests that this Honorable Court deny confirmation of the Debtor's Chapter 13 Plan.

Date: 03/05/2026                                        HLADIK, ONORATO & FEDERMAN, LLP


                                           BY:   /s/ Danielle Boyle-Ebersole
                                                 Danielle Boyle-Ebersole, Esquire
                                                 PA Attorney ID# 81747
                                                 298 Wissahickon Avenue
                                                 North Wales, PA 19454
                                                 Phone: (215) 855-9521
                                                 Email: dboyle-ebersole@hoflawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re:                                                          Bankruptcy No. 26-10420-amc

JAMES VARGHESE                                    Chapter 13
*Debtor*

CITIGROUP MORTGAGE LOAN TRUST
2024-RP3
*Movant*
vs.
JAMES VARGHESE,
*Debtor/Respondent*
KENNETH E. WEST, Esquire,
*Trustee/Respondent*

**CERTIFICATE OF SERVICE OF OBJECTION TO CHAPTER 13 PLAN**

I, the undersigned attorney, attorney for Citigroup Mortgage Loan Trust 2024-RP3, certify that a copy of the attached Objection to Chapter 13 Plan has been served upon the parties below, on the date set forth below:

George R. Tadross, Esquire          Kenneth E. West, Esquire
VIA CM/ECF NOTIFICATION          VIA CM/ECF NOTIFICATION
*Attorney for Debtor*                  *Chapter 13 Trustee*

James Varghese                           James Varghese
5931 Weymouth Street                  519 S Olds Blvd
Philadelphia, PA 19120                 Fairless Hills, PA 19030
VIA REGULAR CLASS MAIL          VIA REGULAR CLASS MAIL
*Debtor*                                    *Debtor*

Date: 03/05/2026                         HLADIK, ONORATO & FEDERMAN, LLP

BY:  /s/ Danielle Boyle-Ebersole
     Danielle Boyle-Ebersole, Esquire
     PA Attorney ID# 81747
     298 Wissahickon Avenue
     North Wales, PA 19454
     Phone: (215) 855-9521
     Email: dboyle-ebersole@hoflawgroup.com