**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re: | Bankruptcy No. 24-13797-amc |
| James Varghese,<br>　　　　Debtor. | Chapter 13 |

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Docket Entry No. 7 filed February 1, 2026.

Robertson, Anschutz, Schneid, Crane
& Partners, PLLC
Attorneys for Secured Creditor
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: (470) 321-7112

By: /s/Sherri R. Dicks
Sherri R. Dicks, Esquire
Pennsylvania Bar Number 90600
Email: sdicks@raslg.com