UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                Bankr. Case No. 26-10420-AMC-13

James C Varghese                                                                        Chapter 13
        Debtor(s)

### REQUEST FOR NOTICE

Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

> Americredit Financial Services, Inc. dba GM Financial
> PO Box 183853
> Arlington, TX  76096

By  /s/  Mandy Youngblood

> Mandy Youngblood
> PO Box 183853
> Arlington, TX  76096
> 877-203-5538
> 877-259-6417
> Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    Bankr. Case No. 26-10420-AMC-13

James C Varghese                                                              Chapter 13
        Debtor(s)


**Certificate of Service**

This Request for Notice was served electronically on the following individuals on March 9, 2026 :

GEORGE R TADROSS                          Kenneth E West
128 Chestnut St                           Office of the Chapter 13 Standing Trustee
Ste 301b                                  190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106                    Philadelphia, PA 19106


By  /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx66851 / 1127524