United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                    Case No. 26-10420-amc

James C Varghese                                                                                Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                    User: admin                                                    Page 1 of 2

Date Rcvd: Apr 02, 2026                          Form ID: pdf900                                        Total Noticed: 8

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James C Varghese, 519 S Olds Blvd, Fairless Hills, PA 19030-3001 |
| cr | + | U.S. Bank Trust Company, National Association, not, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 325 Chestnut Street Suite 725, Philadelphia, PA 19106-2607 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 03 2026 00:22:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 03 2026 00:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 03 2026 00:21:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: RASEBN@raslg.com | Apr 03 2026 00:21:00 | Towd Point Mortgage Trust 2017-FRE2, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| cr | + | Email/Text: RASEBN@raslg.com | Apr 03 2026 00:21:00 | Towd Point Mortgage Trust 2019-1, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| cr | + | Email/Text: RASEBN@raslg.com | Apr 03 2026 00:21:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0313-2                                  User: admin                                  Page 2 of 2

Date Rcvd: Apr 02, 2026                              Form ID: pdf900                               Total Noticed: 8

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor Citigroup Mortgage Loan Trust 2024-RP3 dboyle-ebersole@hoflawgroup.com  ckohn@hoflawgroup.com |
| GEORGE R. TADROSS | on behalf of Debtor James C Varghese gtadross@tadrosslaw.com  r55386@notify.bestcase.com;robin@tadrosslaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor U.S. Bank Trust Company  National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2025-NR1 philalaw@aol.com, mccallaecf@ecf.courtdrive.com |
| MATTHEW K. FISSEL | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-R5 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor U.S. Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For Rcf 2 Acquisition Trust mimcgowan@raslg.com |
| SHERRI DICKS | on behalf of Creditor Towd Point Mortgage Trust 2019-1 sdicks@raslg.com  shrdlaw@outlook.com |
| SHERRI DICKS | on behalf of Creditor Towd Point Mortgage Trust 2017-FRE2 sdicks@raslg.com  shrdlaw@outlook.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  James C Varghese <br>                              Debtor(s) | CHAPTER 13 |
| U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-R5 <br>                              Movant <br>         vs. | NO. 26-10420 AMC |
| James Varghese <br>                              Debtor(s) <br> Mary James <br>                              Co-Debtor(s) | 11 U.S.C. Sections 362 and 1301 |
| Kenneth E. West <br>                              Trustee | |

## ORDER

AND NOW, this 2nd day of April, 2026 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, and the Co-Debtor Stay provided under 11 U.S.C. Section 1301, is modified with respect to the subject premises located at 907 Carver Street, Philadelphia, PA 19124 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

                                                   _____
                                         Ashely M. Chan, United States Bankruptcy Judge.