**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

RE: James C Varghese,                                       BK NO. 26-10420-amc

                           **Debtor**

U.S. Bank Trust Company,                                    Chapter 13
                        **Movant**

                                   **Confirmation Hearing Date:  6/2/2026**

         **vs.**

James C Varghese,
Kenneth E. West, Trustee
                **Respondents**

## OBJECTION OF U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY IN ITS CAPACITY AS INDENTURE TRUSTEE OF CIM TRUST 2025-NR1 TO DEBTOR'S CHAPTER 13 PLAN

U.S. Bank Trust Company, National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2025-NR1, (hereinafter Secured Creditor), objects to confirmation of Debtor's Chapter 13 Plan and asserts in support of its Objection as follows:

1.      The proposed Plan provides that the secured claim of Creditor will be paid in full at $29,987.08 being paid at 0.00%.

2.      However, this interest rate is unreasonable and does not comply with *Till*. Accordingly, the Plan as filed does not satisfy 11 U.S.C. § 1325(a)(3).

3.      Creditor filed a Proof of Claim #10 ("Claim"). The Claim reflects a total secured amount of $126,432.49, a total secured arrearage in the amount of $51,254.40.

4.      Confirmation of the Plan should be denied until Debtor amends the Plan to properly treat Creditor's claim.

5.      Creditor reserves the right to raise any failure of Debtor to timely make all payments under the Plan or required by the Plan, if at the time of the confirmation hearing that appears to be the case.

6.      Accordingly, Confirmation of the Plan should be denied.

WHEREFORE, the Creditor, U.S. Bank Trust Company, prays that the Court deny confirmation of the Debtor's Plan.

Respectfully submitted,

Date: April 9, 2026

/s/Mark  Cronin_____
Mark  Cronin
Pennsylvania BAR NO. 58240
Attorney for Creditor
McCalla Raymer Leibert Pierce, LLP
325 Chestnut Street, Suite 725
Philadelphia, Pennsylvania, 19106
215-402-6989

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE: James C Varghese,

           **Debtor**

**CHAPTER 13**
**BK. NO. 26-10420-amc**

U.S. Bank Trust Company,

           **Movant**

    **vs.**

James C Varghese,
Kenneth E. West, Trustee

           **Respondents**

### CERTIFICATION OF SERVICE

I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by firstclass mail, postage pre-paid, upon the parties listed below on **April 9, 2026.**

**Debtor's Attorney**
George R. Tadross
George Tadross
128 Chestnut St
Ste 301b
Philadelphia, PA 19106

**Chapter 13 Trustee**
Kenneth E. West
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
VIA ECF

**Debtor**
James C Varghese
519 S Olds Blvd
Fairless Hills, PA 19030
VIA U.S. MAIL

Dated: April 9, 2026

           By: */s/Mark Cronin_____*
           Mark Cronin
           Attorney for Movant