**L.B.F.  3015-6A**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**  James C Varghese                                    :       **Chapter**  13
                                                                         :
                              **Debtor(s)**                    :       **Bky. No.**  26-10420-amc

**PRE-CONFIRMATION CERTIFICATION**
**OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE**
**WITH 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)**

I hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above named debtor(s) has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above named debtor(s) has/have filed all applicable federal, state and local tax returns as required by 11 U.S.C. § 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the chapter 13 trustee prior to any subsequent confirmation hearing.

**Date:**  4/21/2026                         /s/George R Tadross_____
                                             George R Tadross, Esquire

                                             Attorney for Debtor

**Date:**  4/21/2026                          /s/James C Varghese_____
                                              James C Varghese

                                             Debtor