**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 26-10420-AMC |
| JAMES VARGHESE | : Chapter 13 |
|       Debtor | : |
| | : |
| CITIGROUP MORTGAGE LOAN TRUST 2024-RP3 | : |
|       Movant | : |
|     vs. | : |
| JAMES VARGHESE | : |
|       Debtor/Respondent | : |
|    and | : |
| Kenneth E. West, Esquire | : |
|       Trustee/Respondent | : |

**PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF PLAN**

TO THE CLERK:

      Please mark the Objection to Confirmation of Plan, filed on March 05, 2026 as Doc. #20, as withdrawn without prejudice.

                     HLADIK, ONORATO & FEDERMAN, LLP

    BY:   /s/ Danielle Boyle-Ebersole
          Danielle Boyle-Ebersole, Esquire
          PA Attorney ID# 81747
          298 Wissahickon Avenue
          North Wales, PA 19454
          Phone: (215) 855-9521
          Email: dboyle-ebersole@hoflawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 26-10420-AMC |
| JAMES VARGHESE | : Chapter 13 |
|       Debtor | : |
| | : |
| CITIGROUP MORTGAGE LOAN TRUST 2024-RP3 | : |
|       Movant | : |
|     vs. | : |
| JAMES VARGHESE | : |
|       Debtor/Respondent | : |
|    and | : |
| Kenneth E. West, Esquire | : |
|       Trustee/Respondent | : |

### CERTIFICATE OF MAILING

I, Danielle Boyle-Ebersole, Esq. certify under penalty of perjury that I served a copy of the Praecipe to Withdraw the Objection to Confirmation of the Plan to the parties at the addresses shown below on April 23, 2026.

The types of service made on parties were: Electronic Notification and First Class Mail:

George R. Tadross, Esquire
Via Electronic Filing
*Attorney for Debtor*

Kenneth E. West, Esquire
Via Electronic Filing
*Trustee*

James Varghese
344 E. Gale Street
Philadelphia, PA 19120
Via First Class Mail
*Debtor*

James Varghese
519 S. Olds Blvd.
Fairless Hills, PA 19030
Via First Class Mail
*Debtor*

Dated: 04/23/2026

HLADIK, ONORATO & FEDERMAN, LLP

BY:   /s/ Danielle Boyle-Ebersole
Danielle Boyle-Ebersole, Esquire
PA Attorney ID# 81747
298 Wissahickon Avenue
North Wales, PA 19454
Phone: (215) 855-9521
Email: dboyle-ebersole@hoflawgroup.com