**Pressure Technology Inc.**
415 Patricia Dr
Warminster, PA 18974

**paylocity**

Direct Deposit Advice

| | Check Date | Voucher Number |
|---|---|---|
| | April 17, 2026 | 10044 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| WELLS FARGO | C | ***1845 | 3,130.55 |
| **Total Direct Deposits** | | | **3,130.55** |

B8165   PA-300-Salary   17  10044  6793          **B8165**
**James Varghese**
519 SOUTH OLDS BLVD
FAIRLESS HILLS, PA  19030

## Non Negotiable - This is not a check - Non Negotiable

### Pressure Technology Inc.

**James Varghese**                                                                   **Earnings Statement**

| | | | | |
|---|---|---|---|---|
| Employee ID | **17** | Fed Taxable Income | **4,455.75** | Check Date **April 17, 2026** |
| Location | **PA-300-Salary** | Fed Filing Status | **M-5** | Period Beginning **March 30, 2026** |
| Salary | **$4,504.54** | State Filing Status | **M-5** | Period Ending **April 12, 2026** |

| | | |
|---|---|---|
| Voucher Number | **10044** |
| Net Pay | **3,130.55** |
| Total Hours Worked | **0.00** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 401K MAT | | 0.00 | 187.61 | 1,690.07 |
| DENTAL R | | 0.00 | 5.81 | 46.48 |
| HOLIDAY | 56.3068 | 8.00 | 450.45 | 1,801.80 |
| MEDICAL | | 0.00 | 179.91 | 1,439.28 |
| PTO PLAN | | | | 6,756.80 |
| REGULAR | | | | 4,955.00 |
| SALARY | 56.3068 | 72.00 | 4,054.09 | 27,252.49 |
| **Gross Earnings** | | **80.00** | **4,690.26** | **42,251.85** |

| Taxes | | Amount | YTD |
|---|---|---|---|
| FITW | | 327.31 | 3,225.52 |
| MED | | 68.01 | 612.66 |
| PA | | 143.99 | 1,297.13 |
| PA-090403 | | 46.90 | 422.50 |
| PA-WARJ | | 2.00 | 18.00 |
| PASUI-E | | 3.28 | 29.56 |
| SS | | 290.80 | 2,619.64 |
| **Taxes** | | **882.29** | **8,225.01** |

| Deductions | Amount | YTD |
|---|---|---|
| 401K | 234.51 | 2,112.57 |
| 401K LOAN | 442.91 | 3,543.28 |
| Boot Reimbursement | | -100.00 |
| **Deductions** | **677.42** | **5,555.85** |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| WELLS FARGO BANK | C   ***1845 | 3,130.55 |
| **Total Direct Deposits** | | **3,130.55** |

Pressure Technology Inc. | 415 Patricia Dr  Warminster, PA 18974 | (215) 817-0523 | FEIN: 23-2056632 | PA: 46-54367

**Pressure Technology Inc.**
415 Patricia Dr
Warminster, PA 18974

**paylocity**

Direct Deposit Advice

| | Check Date | | Voucher Number |
|---|---|---|---|
| | April 3, 2026 | | 10015 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| WELLS FARGO | C | ***1845 | 1,122.47 |
| **Total Direct Deposits** | | | **1,122.47** |

B8165    PA-300-Salary    17  10015  6772        **B8165**
**James Varghese**
519 SOUTH OLDS BLVD
FAIRLESS HILLS, PA  19030

## Non Negotiable - This is not a check - Non Negotiable

### Pressure Technology Inc.

**James Varghese**                                                                                          **Earnings Statement**

| | | | |
|---|---|---|---|
| Employee ID | 17 | Fed Taxable Income | 1,283.79 |
| Location | PA-300-Salary | Fed Filing Status | M-5 |
| Salary | $4,504.54 | State Filing Status | M-5 |

| Check Date | April 3, 2026 | Voucher Number | 10015 |
|---|---|---|---|
| Period Beginning | March 25, 2026 | Net Pay | 1,122.47 |
| Period Ending | March 29, 2026 | Total Hours Worked | 24.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 401K MAT | | 0.00 | 54.05 | 1,502.46 |
| DENTAL R | | | | 40.67 |
| HOLIDAY | | | | 1,351.35 |
| MEDICAL | | | | 1,259.37 |
| PTO PLAN | | | | 6,756.80 |
| REGULAR | 56.3068 | 24.00 | 1,351.36 | 4,955.00 |
| SALARY | | | | 23,198.40 |
| **Gross Earnings** | | **24.00** | **1,351.36** | **37,561.59** |

| Taxes | | Amount | YTD |
|---|---|---|---|
| FITW | | 0.00 | 2,898.21 |
| MED | | 19.59 | 544.65 |
| PA | | 41.49 | 1,153.14 |
| PA-090403 | | 13.51 | 375.60 |
| PA-WARJ | | 2.00 | 16.00 |
| PASUI-E | | 0.95 | 26.28 |
| SS | | 83.78 | 2,328.84 |
| **Taxes** | | **161.32** | **7,342.72** |

| Deductions | Amount | YTD |
|---|---|---|
| 401K | 67.57 | 1,878.06 |
| 401K LOAN | | 3,100.37 |
| Boot Reimbursement | | -100.00 |
| **Deductions** | **67.57** | **4,878.43** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| WELLS FARGO BANK | C | ***1845 | 1,122.47 |
| **Total Direct Deposits** | | | **1,122.47** |

Pressure Technology Inc. | 415 Patricia Dr  Warminster, PA 18974 | (215) 817-0523 | FEIN: 23-2056632 | PA: 46-54367

**Pressure Technology Inc.**
415 Patricia Dr
Warminster, PA 18974

**paylocity**

Direct Deposit Advice

| | **Check Date** | | **Voucher Number** |
|---|---|---|---|
| | March 27, 2026 | | 9987 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| WELLS FARGO | C | ***1845 | 3,130.55 |
| **Total Direct Deposits** | | | **3,130.55** |

B8165   PA-300-Salary   17  9987  6752          **B8165**
**James Varghese**
519 SOUTH OLDS BLVD
FAIRLESS HILLS, PA  19030

## Non Negotiable - This is not a check - Non Negotiable

### Pressure Technology Inc.

**James Varghese**                                                                    **Earnings Statement**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Employee ID | | 17 | Fed Taxable Income | 4,455.75 | Check Date | March 27, 2026 | Voucher Number | 9987 |
| Location | PA-300-Salary | | Fed Filing Status | M-5 | Period Beginning | March 11, 2026 | Net Pay | 3,130.55 |
| Salary | $4,504.54 | | State Filing Status | M-5 | Period Ending | March 24, 2026 | Total Hours Worked | 0.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 401K MAT | | 0.00 | 187.61 | 1,448.41 |
| DENTAL R | | 0.00 | 5.81 | 40.67 |
| HOLIDAY | | | | 1,351.35 |
| MEDICAL | | 0.00 | 179.91 | 1,259.37 |
| PTO PLAN | 56.3068 | 8.00 | 450.46 | 6,756.80 |
| REGULAR | | | | 3,603.64 |
| SALARY | 56.3068 | 72.00 | 4,054.08 | 23,198.40 |
| **Gross Earnings** | | **80.00** | **4,690.26** | **36,210.23** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 327.31 | 2,898.21 |
| MED | 68.01 | 525.06 |
| PA | 143.99 | 1,111.65 |
| PA-090403 | 46.90 | 362.09 |
| PA-WARJ | 2.00 | 14.00 |
| PASUI-E | 3.28 | 25.33 |
| SS | 290.80 | 2,245.06 |
| **Taxes** | **882.29** | **7,181.40** |

| Deductions | Amount | YTD |
|---|---|---|
| 401K | 234.51 | 1,810.49 |
| 401K LOAN | 442.91 | 3,100.37 |
| Boot Reimbursement | | -100.00 |
| **Deductions** | **677.42** | **4,810.86** |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| WELLS FARGO BANK | C    ***1845 | 3,130.55 |
| **Total Direct Deposits** | | **3,130.55** |

**Pressure Technology Inc.**
415 Patricia Dr
Warminster, PA 18974

**paylocity**

Direct Deposit Advice

| | Check Date | Voucher Number |
|---|---|---|
| | March 13, 2026 | 9960 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| WELLS FARGO | C | ***1845 | 3,130.55 |
| **Total Direct Deposits** | | | **3,130.55** |

B8165    PA-300-Salary    17  9960  6733          **B8165**
**James Varghese**
519 SOUTH OLDS BLVD
FAIRLESS HILLS, PA  19030

## Non Negotiable - This is not a check - Non Negotiable

### Pressure Technology Inc.

**James Varghese**

**Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | **17** | Fed Taxable Income | **4,455.75** | Check Date | **March 13, 2026** |
| Location | **PA-300-Salary** | Fed Filing Status | **M-5** | Period Beginning | **February 26, 2026** |
| Salary | **$4,504.54** | State Filing Status | **M-5** | Period Ending | **March 11, 2026** |

| | | Voucher Number | **9960** |
|---|---|---|---|
| | | Net Pay | **3,130.55** |
| | | Total Hours Worked | **0.00** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 401K MAT | | 0.00 | 187.61 | 1,260.80 |
| DENTAL R | | 0.00 | 5.81 | 34.86 |
| HOLIDAY | | | | 1,351.35 |
| MEDICAL | | 0.00 | 179.91 | 1,079.46 |
| PTO PLAN | 56.3068 | 8.00 | 450.45 | 6,306.34 |
| REGULAR | | | | 3,603.64 |
| SALARY | 56.3068 | 72.00 | 4,054.09 | 19,144.32 |
| **Gross Earnings** | | **80.00** | **4,690.26** | **31,519.97** |

| Deductions | Amount | YTD |
|---|---|---|
| 401K | 234.51 | 1,575.98 |
| 401K LOAN | 442.91 | 2,657.46 |
| Boot Reimbursement | | -100.00 |
| **Deductions** | **677.42** | **4,133.44** |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| WELLS FARGO BANK | C    ***1845 | 3,130.55 |
| **Total Direct Deposits** | | **3,130.55** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 327.31 | 2,570.90 |
| MED | 68.01 | 457.05 |
| PA | 143.99 | 967.66 |
| PA-090403 | 46.90 | 315.19 |
| PA-WARJ | 2.00 | 12.00 |
| PASUI-E | 3.28 | 22.05 |
| SS | 290.80 | 1,954.26 |
| **Taxes** | **882.29** | **6,299.11** |