**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>James C Varghese,<br>           Debtors.<br><br>Towd Point Mortgage Trust 2019-1, U.S. Bank National Association, as Indenture Trustee,<br>           Movant,<br>   v.<br>James C Varghese,<br>           Debtors/Respondents,<br><br>KENNETH E. WEST,<br>           Trustee/Respondent. | Bankruptcy No. 26-10420-amc<br><br>Chapter 13<br><br>Related to Doc. No. 32 |

**PRAECIPE TO WITHDRAW**

**PLEASE TAKE NOTICE THAT**, on behalf of Towd Point Mortgage Trust 2019-1, U.S. Bank National Association, as Indenture Trustee, the undersigned hereby withdraws the following documents:

**Docket Entry #32- Objection to Confirmation of Debtor's Chapter 13 Plan, filed on April 2, 2026**

Respectfully Submitted,

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
By: /s/ Michelle L. McGowan, Esq.
Michelle L. McGowan, Esq., Esquire
Pennsylvania Bar Number 62414 PA
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Phone: (470) 321-7112
Fax: (404) 393-1425
Email: mimcgowan@raslg.com

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>James C Varghese,<br>　　　　　　Debtors.<br><br>Towd Point Mortgage Trust 2019-1, U.S. Bank National Association, as Indenture Trustee,<br>　　　　　　　　Movant,<br>　　v.<br>James C Varghese,<br>　　　　　Debtors/Respondents,<br><br>KENNETH E. WEST,<br>　　　　　Trustee/Respondent. | Bankruptcy No. 26-10420-amc<br><br>Chapter 13<br><br>Related to Doc. No. 32 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>June 4, 2026</u>, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF to the following parties:

GEORGE R. TADROSS
George Tadross
128 Chestnut St
Ste 301b
Philadelphia, PA 19106

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107


The following parties will be served by first class U.S. Mail:

James C Varghese
519 S Olds Blvd
Fairless Hills, PA 19030


Respectfully Submitted,

**Robertson, Anschutz, Schneid, Crane &
Partners, PLLC**
By: /s/ Michelle L. McGowan, Esq., Esq.
Michelle L. McGowan, Esq., Esquire
Pennsylvania Bar Number 62414 PA
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Phone: (470) 321-7112
Fax: (404) 393-1425
Email: mimcgowan@raslg.com