**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **In re:** | **Bankruptcy No. 26-10420-amc** |
| **James C Varghese,** | **Chapter 13** |
| Debtor , | |
| | **Hearing Date: July 14, 2026** |
| | **Hearing Time: 11:00 A.M.** |
| **Towd Point Mortgage Trust 2017-FRE2, U.S. Bank** | **Hearing Location: 900 Market Street, Suite 201 Philadelphia, PA 19107** |
| **National Association, as Indenture Trustee,** | **Courtroom Number #4** |
| Movant. | |
| **v.** | |
| **James C Varghese,** | |
| Debtor/Respondent, | |
| **Mary James,** | |
| Co-Debtor/Respondent, | |
| **KENNETH E. WEST, Esquire** | |
| Trustee/Respondent | |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Relief from Stay, filed at Docket No. 49 appears thereon.  It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

Dated:

**Robertson, Anschutz, Schneid, Crane**
**& Partners, PLLC**
Attorney for Movant
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
By: /s/ Michelle L. McGowan
Michelle L. McGowan
Email: mimcgowan@raslg.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **In re:** | **Bankruptcy No. 26-10420-amc** |
| **James C Varghese,** | **Chapter 13** |
| Debtor , | |
| | **Hearing Date: July 14, 2026** |
| | **Hearing Time: 11:00 A.M.** |
| | **Hearing Location: 900 Market Street, Suite** |
| **Towd Point Mortgage Trust 2017-FRE2, U.S. Bank** | **201 Philadelphia, PA 19107** |
| **National Association, as Indenture Trustee,** | **Courtroom Number #4** |
| Movant. | |
| **v.** | |
| **James C Varghese,** | |
| Debtor/Respondent, | |
| **Mary James,** | |
| Co-Debtor/Respondent, | |
| **KENNETH E. WEST, Esquire** | |
| Trustee/Respondent | |

## CERTIFICATE OF SERVICE OF TOWD POINT MORTGAGE TRUST 2017-FRE2, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE's CERTIFICATE OF NO OBJECTION

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on July 2, 2026 I served copies of the CERTIFICATE OF NO OBJECTION upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

**Service List**

**Debtor**
James C Varghese
519 S Olds Blvd

Fairless Hills, PA 19030

**Co-Debtor**
Mary James
5957 Malta Street
Philadelphia, PA 19120

**Debtor's Attorney**
GEORGE R. TADROSS
George Tadross
128 Chestnut St
Ste 301b
Philadelphia, PA 19106

**Trustee**
KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**U.S. Trustee**
United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

Dated: 7/2/2026

**Robertson, Anschutz, Schneid, Crane
& Partners, PLLC**
Attorney for Movant
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
By: /s/ Michelle L. McGowan
Michelle L. McGowan
Email: mimcgowan@raslg.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **In re:**<br><br>**James C Varghese,**<br>        **Debtor ,**<br><br><br>**Towd Point Mortgage Trust 2017-FRE2, U.S. Bank**<br>**National Association, as Indenture Trustee,**<br>        **Movant.**<br>**v.**<br>**James C Varghese,**<br>        **Debtor/Respondent,**<br>**Mary James,**<br>        **Co-Debtor/Respondent,**<br>**KENNETH E. WEST, Esquire**<br>        **Trustee/Respondent** | **Bankruptcy No. 26-10420-amc**<br><br>**Chapter 13**<br><br>**Hearing Date: July 14, 2026**<br>**Hearing Time: 11:00 A.M.**<br>**Hearing Location: 900 Market Street, Suite**<br>**201 Philadelphia, PA 19107**<br>**Courtroom Number #4** |

**ORDER OF COURT**

AND NOW, this        day of        , 2026, upon consideration of Towd Point Mortgage

Trust 2017-FRE2, U.S. Bank National Association, as Indenture Trustee's Motion for Relief from

Automatic Stay, pursuant to 11 U.S.C. § 362(d) and 11 U.S.C. § 1301, any response thereto and

that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are

hereby unconditionally terminated with respect to Towd Point Mortgage Trust 2017-FRE2, U.S.

Bank National Association, as Indenture Trustee; and it is further

ORDERED, that Towd Point Mortgage Trust 2017-FRE2, U.S. Bank National Association, as Indenture Trustee, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located at 5957 Malta Street, Philadelphia, Pennsylvania 19120, including without limitation a sheriff's sale of the property, and it is further

ORDERED that Towd Point Mortgage Trust 2017-FRE2, U.S. Bank National Association, as Indenture Trustee's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(4) is granted, and it is further

ORDERED that the Chapter 13 Trustee must not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or Order to the contrary, Movant must return to the Trustee any payments received from the Trustee on account of Movant's secured claim after entry of this Order.

BY THE COURT

_____
Hon. Chief Judge Ashely M. Chan
U.S. Bankruptcy Court Judge