**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>James C Varghese,<br>    Debtor ,<br><br>Towd Point Mortgage Trust 2017-FRE2, U.S. Bank National Association, as Indenture Trustee,<br>    Movant.<br>v.<br>James C Varghese,<br>    Debtor/Respondent,<br>Mary James,<br>    Co-Debtor/Respondent,<br>KENNETH E. WEST, Esquire<br>    Trustee/Respondent | Bankruptcy No. 26-10420-amc<br><br>Chapter 13 |

**ORDER OF COURT GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY**

**AND CO-DEBTOR STAY**

AND NOW, this 14th  day of  July   , 2026, upon consideration of Towd Point Mortgage Trust 2017-FRE2, U.S. Bank National Association, as Indenture Trustee Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d) and 11 U.S.C. § 1301, any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to Towd Point Mortgage Trust 2017-FRE2, U.S. Bank National Association, as Indenture Trustee; and it is further

ORDERED, that Towd Point Mortgage Trust 2017-FRE2, U.S. Bank National Association, as Indenture Trustee, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located at 5957 Malta Street, Philadelphia, Pennsylvania 19120, including without limitation a sheriff's sale of the property, and it is further

ORDERED that Towd Point Mortgage Trust 2017-FRE2, U.S. Bank National Association, as Indenture Trustee request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(4) is granted, and it is further

ORDERED that the Chapter 13 Trustee must not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or Order to the contrary, Movant must return to the Trustee any payments received from the Trustee on account of Movant's secured claim after entry of this Order.

BY THE COURT

_____

Hon. Chief Judge Ashely M. Chan.
U.S. Bankruptcy Court Judge

26-10420-amc
24-248732
MFR