United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                      Case No. 26-10420-amc

James C Varghese                                                            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 17, 2026 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15126154 | ^  MEBN | | |
| | | Jul 18 2026 02:15:10 | U.S. Bank Trust Company, et al., Fay Servicing, LLC, PO Box 814609, Dallas TX 75381-4609 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2026              Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2026 at the address(es) listed below:**

**Name**              **Email Address**

DANIELLE BOYLE-EBERSOLE

    on behalf of Creditor Citigroup Mortgage Loan Trust 2024-RP3 dboyle-ebersole@hoflawgroup.com  ckohn@hoflawgroup.com

GEORGE R. TADROSS

    on behalf of Debtor James C Varghese gtadross@tadrosslaw.com  r55386@notify.bestcase.com;robin@tadrosslaw.com

JORDAN MATTHEW KATZ

    on behalf of Creditor U.S. Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For Rcf 2 Acquisition Trust jkatz@raslg.com

KENNETH E. WEST

    ecfemails@ph13trustee.com  philaecf@gmail.com

MARK A. CRONIN

    on behalf of Creditor U.S. Bank Trust Company  National Association philalaw@aol.com, mccallaecf@ecf.courtdrive.com

District/off: 0313-2                          User: admin                                   Page 2 of 2

Date Rcvd: Jul 17, 2026                       Form ID: trc                                   Total Noticed: 1

MARK A. CRONIN

on behalf of Creditor U.S. Bank Trust Company  National Association, not in its individual capacity but solely in its capacity as
Indenture Trustee of CIM Trust 2025-NR1 philalaw@aol.com, mccallaecf@ecf.courtdrive.com

MATTHEW K. FISSEL

on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee
of CIM Trust 2021-R5 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MICHELLE L. MCGOWAN

on behalf of Creditor U.S. Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For Rcf
2 Acquisition Trust mimcgowan@raslg.com

MICHELLE L. MCGOWAN

on behalf of Creditor Towd Point Mortgage Trust 2017-FRE2 mimcgowan@raslg.com

MICHELLE L. MCGOWAN

on behalf of Creditor Towd Point Mortgage Trust 2019-1  U.S. Bank National Association, as Indenture Trustee
mimcgowan@raslg.com

SHERRI DICKS

on behalf of Creditor Towd Point Mortgage Trust 2017-FRE2 shrdlaw@outlook.com  shrdlaw@outlook.com

SHERRI DICKS

on behalf of Creditor Towd Point Mortgage Trust 2019-1 shrdlaw@outlook.com  shrdlaw@outlook.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 13

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 26-10420-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

James C Varghese
519 S Olds Blvd
Fairless Hills PA 19030

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/17/2026.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 10: U.S. Bank Trust Company, et al., Fay Servicing, LLC, PO Box 814609, Dallas TX 75381-4609 | Wilmington Savings Fund Society, et. al.<br>Fay Servicing, LLC<br>Bankruptcy Department<br>PO Box 814609<br>Dallas, TX 75381-4609 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   07/19/26

Mohung Wong
**CLERK OF THE COURT**